UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUCAS ROY SAGATAW

    Defendants.
_____/

Case No. 2:14-cr-06

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 28, 2014, for an initial appearance and arraignment on an indictment alleging two counts of Distribution of Cocaine. At that time, the government moved for detention of the defendant, which was supported by a recommendation from Pretrial Services. Defendant reserved the right to request a detention hearing at a later date. Accordingly, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Date: February 28, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge