UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

          Plaintiff,          Case No. 2:14-cr-6

v.                                     HON. R. ALLAN EDGAR

Lucas Roy Sagataw,

          Defendant.
_____/

**REPORT AND RECOMMENDATION**

On March 1, 2016, a Petition for Warrant or Summons for Offender Under Supervision was filed alleging five violations of the defendant's conditions of supervised release.

An initial appearance was conducted on March 8, 2016, at which time the defendant requested more time to discuss the matter with counsel.

On March 16, 2016, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to appear before a district judge and his right to preliminary and revocation hearings. At this time, the defendant admitted to violations #3, 4, and 5 as set forth in the petition and the government agreed to dismiss violations #1 and 2.

For the reasons stated on the record, it is recommended that the Court find that defendant did violate the conditions of supervised release as to violations #3, 4, and 5 in the March 1, 2016 petition and set the matter for sentencing.

Date: 3/17/2016                     /s/ Timothy P. Greeley
                                    TIMOTHY P. GREELEY
                                    United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).