UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                               Case No. 2:14-cr-6
                                                                            HON. R. ALLAN EDGAR

Lucas Roy Sagataw,

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objections have been filed thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate filed 3/17/2016 #42, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Lucas Roy Sagataw's admissions to Violations #3, 4, and 5 of the March 1, 2016 Petition for Warrant or Summons for Offender Under Supervision is accepted. Defendant Lucas Roy Sagataw is adjudicated responsible for these violations.

SO ORDERED.

Dated:  4/11/2016

                                                                 /s/ R. Allan Edgar
                                                                  R. ALLAN EDGAR
                                                              UNITED STATES DISTRICT JUDGE