UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                     Case No. 2:14-cr-6
                                     HON. PAUL L. MALONEY

LUCAS ROY SAGATAW,

          Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 23, 2017, for an initial appearance on the Petition for Warrant or Summons for Offender Under Supervision dated January 10, 2017 (ECF #51).

Defendant's rights to probable cause hearing, detention hearing and to revocation hearing before a district judge were explained and defendant will confer with counsel and notify the Court on how he wishes to proceed.  The government moved for detention supported by pretrial services.

For reasons stated on the record, the government's motion is GRANTED and defendant shall be detained pending further proceedings.

        IT IS SO ORDERED.

                               */s/ Timothy P. Greeley*
                               TIMOTHY P. GREELEY
                               UNITED STATES MAGISTRATE JUDGE

Dated:  January 24, 2017