UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,               Case No.  2:14-cr-6

v.                               HON. PAUL L. MALONEY

LUCAS ROY SAGATAW,

        Defendant.

_____/

## REPORT AND RECOMMENDATION

On January 10, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 3 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on January 23, 2017, at which time the defendant was advised of the violations, his rights and penalties.

On March 22, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to a preliminary hearing, to a revocation hearing, to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge.  At the hearing, the defendant admitted to violations #2 and 3 as set forth in the petition.  For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth in violations #2 and 3 of the petition and that

the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.


Date:  March 23, 2017                              /s/ Timothy P. Greeley
                                                                            TIMOTHY P. GREELEY
                                                                            United States Magistrate Judge


**NOTICE TO PARTIES**

You have the right to <u>de</u> <u>novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).

Case 2:14-cr-00006-PLM    ECF No. 62,  PageID.180    Filed 03/23/17    Page 2 of 2